638 A.2d 812

C.I.C. CORPORATION, A NEW JERSEY CORPORATION, COAST CIGARETTE SALES, INC., A NEW JERSEY CORPORATION, ESKIN VENDING CORPORATION, A NEW JERSEY CORPORA-TION, AND AMUSEMENT MUSIC OPERATORS ASSOCIATION, PLAINTIFFS-APPELLANTS, v. TOWNSHIP OF EAST BRUNS-WICK, DEFENDANT-RESPONDENT.

Argued March 15, 1994—Decided March 31, 1994.

*Keith N. Biebelberg* argued the cause for appellants (*Biebelberg & Martin,* attorneys; *Mr. Biebelberg* and *Barry D. Maurer,* on the briefs).

*Bertram E. Busch* argued the cause for respondent (*Busch and Busch,* attorneys; *Mr. Busch* and *Kenneth A. Levine,* of counsel and on the brief).

*John M. Loalbo* submitted a letter in lieu of brief on behalf of *amici curiae* Action on Smoking and Health and Group Against Smoking Pollution.

*John G. Gilfillan* submitted a brief on behalf of *amicus curiae* Tri–Agency Council (*Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 266 *N.J.Super.* 1, 628 *A.*2d 753 (1993).

*For affirmance*—Chief Justice WILENTZ, and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—6.

For reversal—none.